IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BLANCHE HONEYCUTT §
 §
VS. § ACTION NO. 4:15-CV-553-Y
 §
AT&T ADVERTISING SOLUTIONS §

<u>ORDER DENYING APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS</u>

    Pending before the Court is Plaintiff's Motion for Leave to Proceed in District Court Without Prepaying Fees or Costs (doc. 7). The motion was referred to the United States magistrate judge for determination. On November 9, he issued an order recommending that Plaintiff's motion be denied and giving all parties fourteen days after the order's entry to file objections. As of the date of this order, no objections have been filed. As a result, and after review of the motion, the Court concludes that it should be and hereby is DENIED, for the reasons stated by the magistrate judge.

    SIGNED December 21, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE